**Order entered May 8, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00143-CV

**JACKIE LYN TAYLOR, L.V.N.  FORMER EMPLOYEE OF BROOKDALE SENIOR LIVING PLANO, Appellant**

**V.**

**SHERRIE SAMARI, INDIVIDUALLY AND AS HEIR TO AND REPRESENTATIVE OF THE ESTATE OF FRANK ALLEN PONATH, Appellees**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-02029-2018**

## ORDER

Before the Court is appellant's May 6, 2019 first unopposed motion for extension of time to file her reply brief.  We **GRANT** the motion and **ORDER** the reply brief be filed no later than May 20, 2019.

/s/    BILL WHITEHILL
          JUSTICE